Thomas J. Harrigan, Jr., appellant, v. H. W. Hisel, appellee. Gen. No. 35,790.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Henry N. Shabsin, for appellant. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Joseph Schy, appellee, v. Credit Alliance Corporation, appellant. Gen. No. 35,799.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

Short, Rothbart, Willner & Lewis, for appellant; John R. Ryan, of counsel. Adams & Adams, for appellee; Frank W. Steel, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Kaspar American State Bank, appellee, v. Vincent Vlcek et al., defendants, on appeal of Vincent Vlcek and Clara Vlcek, appellants. Gen. No. 36,162.

Heard in the third division of this court for the first district. Opinion filed November 16, 1932.

H. J. Rosenberg and Eli Herman, for appellants; Abraham Miller and Isadore Fishman, of counsel. Joseph Lustfield, for appellee; Louis M. Mantynband and Norman Asher, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Fred B. Beckman, guardian, appellee, v. Joseph Gazzara et al., appellants. Gen. No. 36,251.

Heard in the third division of this court for the first district at the October term, 1932. Opinion filed November 16, 1932.

Blanksten, Freeman & Freeman, for appellants. William E. Beckman, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.